IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

      Plaintiff,                     No. CIV S-06-1017 LKK KJM P

      vs.

C.M. GREEN,

      Defendant.                 ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with an application to proceed in forma pauperis under 28 U.S.C. §1915.

      Review of court records reveals that on at least three occasions prior to the filing of this action, lawsuits filed by plaintiff in this district were dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted.[1] See Order filed June 21, 1999, in Campbell v. Butts, No. CIV F-98-6483 AWI SMS P (E.D. Cal.); Order filed March 27, 2001, in Campbell v. Randalph, No. CIV F-99-5462 REC HGB P (E.D. Cal.); and Order filed May 27, 2005, in Campbell v. Baughman, No. CIV S-05-0066 MCE

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

DAD P (E.D. Cal.). Plaintiff was incarcerated when he brought each of these actions, and he did not take an appeal from the final judgment in any of them.

A prisoner may not bring a civil action or appeal a civil judgment under the in forma pauperis statute

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). In the present case, plaintiff has not alleged facts that suggest he is under imminent danger of serious physical injury. Thus, plaintiff must pay the filing fee in order to proceed with this case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 9, 2006 application to proceed in forma pauperis is denied;

2. Plaintiff shall submit, within twenty days from the date of this order, the $350.00 filing fee for this action; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
camp1017.campbellfee